**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 584 MAL 2016

         : 

         Respondent        : 

         :    Petition for Allowance of Appeal from

         :    the Order of the Superior Court

         v.             : 

         : 

         : 

JOHN FRANKLIN WRIGHT, JR.,      : 

         : 

         Petitioner         : 

## ORDER

**PER CURIAM**

      AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.